

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00626-CR

Cesar Rafael **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7824
Honorable Mary D. Roman, Judge Presiding

**ORDER**

This appeal is **DISMISSED**.

It is so **ORDERED** on October 17, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court